IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JAMES TORCHIA,

    Plaintiff,

vs.                                   CASE NO. 4:05-CV-110-SPM

STATE OF FLORIDA OFFICE OF
FINANCIAL INSTITUTIONS AND
SECURITIES REGULATION,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

    **THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 38) filed on April 26, 2007. Both parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 38) is

adopted and incorporated by reference in this order.

2. Attorney fees and costs in the amount of **$13,488.83** imposed upon Torchia pursuant to Federal Rule of Appellate Procedure 38 (see doc. 34) shall <u>not</u> be imposed personally on Torchia's attorneys pursuant to 28 U.S.C. § 1927.

**DONE AND ORDERED** this <u>second</u> day of July, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge